**LITTLER MENDELSON, P.C.**
JOSHUA Z. FELDMAN (SBN 199207)
DANIELLE G. EANET (SBN 251369)
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583
jfeldman@littler.com
deanet@littler.com

Attorneys for Defendant
EXHALE ENTERPRISES, INC.

**RUSHOVICH MEHTANI LLP**
AANAND GHODS-MEHTANI (SBN 254556)
LISA WATANABE-PEAGLER (SBN 258182)
5900 Wilshire Blvd., Suite 2600
Los Angeles, California 90036-5013
Telephone: (323) 330-0543
Facsimile: (323) 395-5507
amehtani@rmlawpartners.com
lwatanabe@rmlawpartners.com

Attorneys for Plaintiff
LELAND RAYMOND

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LELAND RAYMOND, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXHALE ENTERPRISES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-03684 R-AGR<br><br>[Assigned for All Purposes to the Hon. Manuel L. Real, Courtroom 8]<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>[Stipulation to Dismiss Case with Prejudice Filed Concurrently Herewith]<br><br>Complaint Filed:  May 15, 2015 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: October 16, 2015                   _____

                                         Hon. Manuel Real
                                         United States District Court